■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ORTEGA, Appellant. [912 NYS2d 476]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berkman, J.), rendered on or about May 20, 2009, and said appeal having

been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Richter, Abdus-Salaam and Román, JJ.